UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ16-196 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| NATASHA OAKLEY, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:    Violation of Pretrial Release

<u>Date of Detention Hearing</u>:    May 3, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was charged in the District of Montana, and had pled guilty to a

DETENTION ORDER
PAGE -1

charge of Conspiracy to Acquire of Obtain Possession of a Controlled Substance by Deception on February 29, 2016. She was released pending sentencing on the conditions of her pretrial appearance bond, and has been supervised on a courtesy basis in this District. Defendant's pretrial services officer has filed a petition alleging that defendant has violated the conditions of her appearance bond by failing to report regularly to her pretrial services officer, using a controlled substance, failing to report for testing, and failing to participate in substance abuse treatment. (Dkt. 1.)

2. The Court finds that defendant poses a risk of nonappearance due to a history of noncompliance with supervision, a history of controlled substance use, and lack of employment. Defendant poses a risk of danger due to the nature of the instant offense and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver

DETENTION ORDER
PAGE -2

the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 3rd day of May, 2016.

Mary Alice Theiler
United States Magistrate Judge